In the Matter of the Application of THE CITY OF MOUNT VERNON, Petitioner, to Acquire Title to Lands of KAMY REALTY CORPORATION and Others, Respondents. FLEETWOOD TERRACE, INC., Appellant; EMIGRANT INDUSTRIAL SAVINGS BANK, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ.